IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOYNE UA WEST, individually, and on behalf of herself and all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>OVERBY-SEAWELL COMPANY and FULTON BANK, N.A.,<br><br>      Defendants. | Civil Action No.:<br>1:22-cv-03858-SDG |

**ORDER**

Considering Defendant Overby-Seawell Company's Consent Motion to Stay, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The Court extends Defendant Overby-Seawell Company's time to respond to the Class Action Complaint (Dkt. No. 1) until twenty (20) days after a ruling by the Judicial Panel on Multidistrict Litigation, *In re: KeyBank Customer Data Security Breach Litigation*, MDL No. 3056.

In the event that Defendant Overby-Seawell Company files a motion to dismiss in response to Plaintiffs' Class Action Complaint, the Court sets the parties motion to dismiss briefing scheduling as follows:

1. Defendant Overby-Seawell Company's Deadline to file a Motion to Dismiss is 20 days following a ruling by the JPML.

2. Plaintiff's Deadline to file a Response in opposition to the Motion to Dismiss is 40 days following a ruling by the JPML.

3. Defendant Overby-Seawell Company's Deadline to file a Reply in support of its Motion to Dismiss is 60 days following a ruling by the JPML.

**IT IS SO ORDERED.**

Dated: November 15, 2022.

                                                        Honorable Steven D. Grimberg
                                                        United Stated District Court Judge