# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JOYNEQUA WEST, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>OVERBY-SEAWELL COMPANY and FULTON BANK, N.A.,<br><br>        Defendants. | Case No. 1:22-cv-03858-SDG |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Joynequa West, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismisses this action without prejudice against Defendant Fulton Bank, N.A. only.

                                                Respectfully submitted,

                                                *s/ Gary M. Klinger*
                                                Gary M. Klinger *(admitted pro hac vice)*
                                                **MILBERG COLEMAN BRYSON**
                                                **PHILLIPS GROSSMAN, PLLC**
                                                227 W. Monroe Street, Suite 2100
                                                Chicago, IL 60606
                                                Telephone: 866-252-0878
                                                gklinger@milberg.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 20, 2023 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

    *s/ Gary M. Klinger*
Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: 866-252-0878
gklinger@milberg.com